IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ANTHONY JAMES SEA, JR., | * | |
| Plaintiff, | * | |
| v. | * | CV 622-055 |
| KENNETH THOMPSON, et al., | * | |
| Defendants. | * | |

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 7.) Plaintiff filed the notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because the notice does not state otherwise, the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of August, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA